Argued and submitted May 7, affirmed May 30, 1990

## STATE OF OREGON,
*Respondent,*

*v.*

## PENELOPE PEARL MOCK,
*Appellant.*

(C881038CR; CA A61925)

791 P2d 864

John E. Rodgers, Forest Grove, argued the cause and filed the brief for appellant.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

Affirmed. *State v. Boyd,* 92 Or App 51, 756 P2d 1276, *rev den* 307 Or 77 (1988).